FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2019 OCT 23 PM 12: 08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 2:19-cr-172-FtM-38MRM

STEVEN THOMAS BARYLA  18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about December 28, 2018, through on or about June 20, 2019, in the Middle District of Florida, and elsewhere, the defendant,

STEVEN THOMAS BARYLA,

did knowingly possess, and attempt to possess, and access with intent to view, a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been produced using materials that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age, and the defendant

had a prior conviction for transportation of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1).

All in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Apple iPhone X, serial number F17WLKXRJCLF.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Yolande G. Viacava
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

STEVE THOMAS BARYLA

## INDICTMENT

Violations:

18 U.S.C. §§ 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of October, 2019.

_____
Clerk

Bail $_____

GPO 863 525