UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 2:19-cr-172-SPC-MRM

STEVEN THOMAS BARYLA

_____/

**FINAL ORDER OF FORFEITURE**

Before the Court, and pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States Motion for a Final Order of Forfeiture for an **Apple iPhone X, serial number F17WLKXRJCLF**, which asset was subject to the January 27, 2021 preliminary order of forfeiture in the above-styled matter. Doc. 89.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning January 28, 2021 and continuing through February 26, 2021. Doc. 90. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

**ACCORDINGLY**, it is now **ORDERED**:

1. The United States' motion (Doc. 89) is **GRANTED**.

2. In accordance with 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

3. Clear title to the asset now vests in the United States of America.

   **DONE** and **ORDERED** in Fort Myers, Florida, on April 8, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record